KIM R. WILSON (3512)
P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for AmeriCredit Financial Services, Inc.
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

---

| | |
|---|---|
| In re: | Bankruptcy No. 10-26751 WTT |
| | (Chapter 13) |
| VAL J. NOBLE AND LORENE R. NOBLE, | |
| | OBJECTION TO CONFIRMATION |
| Debtors. | [Filed Electronically] |

---

AmeriCredit Financial Services, Inc. ("AmeriCredit") objects to confirmation of
Debtors's Chapter 13 Plan (the "Plan") on the following grounds:

1.      The fair market value of the 2006 Buick Rendezvous (the "Vehicle") is
$13,900.00 and the amount of AmeriCredit's secured claim is $13,630.13.

2.      The interests of AmeriCredit in the Vehicle have not been adequately
protected.

DATED this 27<u>th</u> day of July, 2010.

SNOW, CHRISTENSEN & MARTINEAU

By   <u>/s/ Kim R. Wilson</u>
      Kim R. Wilson
      P. Matthew Cox
      Attorneys for AmeriCredit Financial
          Services, Inc.

@PFDesktop\::ODMA/MHODMA/lime;iDocs;1485745;1

<u>CERTIFICATE OF SERVICE</u>

I, Kim R. Wilson, attorney for AmeriCredit Financial Services, Inc., hereby certify that on the <u>27th </u>day of July, 2010, I caused to be served a true and correct copy of the foregoing **OBJECTION TO CONFIRMATION**, Case No. 10-26751, which was filed electronically, and served upon the following parties in the manner indicated:

Robert S. Payne *(ECF)*
921 West Center
Orem, UT 84057

Kevin R. Anderson *(ECF)*
405 South Main Street
Suite 600
Salt Lake City, UT 84111


  /s/ Kim R. Wilson